# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRISH HIESTER, | : | 3:12cv1350 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 8th day of January 2014, it is hereby **ORDERED** that:

1. The decision of the Commissioner of Social Security denying plaintiff's disability insurance and supplemental security income benefits is **AFFIRMED** and the plaintiff's appeal is **DENIED**.

2. The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and against Plaintiff Trish Hiester, as set forth in the preceding paragraph.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court